People ex rel. Rankin v Dzurenda (2024 NY Slip Op 00852)

People ex rel. Rankin v Dzurenda

2024 NY Slip Op 00852

Decided on February 20, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
LINDA CHRISTOPHER
LARA J. GENOVESI
LOURDES M. VENTURA, JJ.

2024-01265

[*1]The People of the State of New York, ex rel. Douglas G. Rankin, on behalf of Devin Magarian, petitioner,
v
James Dzurenda, etc., respondent.

Douglas G. Rankin, Brooklyn, NY, petitioner pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Brian Rodriguez of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Devin Magarian upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Docket No. CR-000792-24NA.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the District Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BRATHWAITE NELSON, J.P., CHRISTOPHER, GENOVESI and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court